AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

Sirgalahad Camua,

Defendant

Case No. 2:26-mj-06357 -DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 25, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Kieran Schwartz
*Complainant's signature*

Kieran Schwartz, Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Kieran Schwartz, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Sirgalahad Camua ("CAMUA"), for a violation of 18 U.S.C. § 1015(a) (False Statement under Oath in Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been employed since May 2025. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code.

4. During my tenure as a Special Agent, I have completed approximately five months of instruction at the Federal Law

Enforcement Training Center in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. I am currently assigned to Homeland Security Task Force – El Camino Real Cyber ("HSTF-ECR Cyber"), which is a cyber group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms.

## III. STATEMENT OF PROBABLE CAUSE

5. Department of Homeland Security ("DHS") records reveal that CAMUA was born on June XX, 1983, in the Philippines, and is a native and citizen of the Philippines, who entered the United States in 1992 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for CAMUA with fraud indicators that CAMUA either registered to vote, has voted or both.

7. During the HSI investigation of CAMUA, Special Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX6605 in the name "CAMUA" with a date of birth of June XX, 1983, country of birth and citizenship as the Philippines. This record includes a

photograph of the person SAs recognize to be CAMUA. This recognition is based on a comparison to other law enforcement photographs of CAMUA. This record also lists additional identifying information for CAMUA to include a probable current physical address: XXX47 Pond Ave, Palmdale, CA 93550, as well as one previous address: XXX18 Crown Valley Road, Acton, CA 93510, a telephone number ending in -7615, an email of sirgalahad.camua@XXXXX.com, and date of birth of June XX, 1983.

8. DHS immigration documentation, specifically Form N-400 (Application for Naturalization) records for CAMUA, also lists his birth country and citizenship as the Philippines, and contains a Social Security number ending in -5828, and a driver’s license number XXXXX137.

9. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number XXXXX137 is associated with the name “CAMUA” and is associated with the address on XXX47 Pond Ave, Palmdale, CA 93550. The latest issue date of this record is 05/09/2025, and it contained a photograph which SAs believe depicts CAMUA based on SAs comparison to pictures of CAMUA. This record also shows a date of birth as June XX, 1983 and contains an image of CAMUA’s signature.




10. During the HSI investigation of CAMUA, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registration Information for CAMUA associated with the address on XXX47 Pond Ave, Palmdale, CA 93550.

11. In September 2026, SAs received a certified voter registration application number 5XXXXX642, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "CAMUA" and lists the address on XXX18 Crown Valley Road, Acton, CA 93510.

12. Under the application question of "Are you a citizen of the United States of America" the answer "yes" is checked.

**NOTICE:** It is a felony if you sign this statement even though you know it is untrue; you can be fined and imprisoned for up to three years.

Yes No Are you a citizen of the United States of America?

Yes No [illegible]

[illegible]

13. Following a declaration under penalty of perjury warning, the voter registration application is dated

08/21/2009.




14. The voter application also provided the following for CAMUA:

a. Date of birth as 06/XX/1983
b. California ID number DL #XXXXX137
c. Place of Birth as the Philippines

15. The signature supplied by the voter and attached to voter application number 5XXXXX642 is in the name of “CAMUA” and appears to match CAMUA’s signature on his California driver’s license dated 05/09/2025.

16. The records from the Los Angeles County Registrar’s Office show that CAMUA voted in the Congressional District 25 Special election by mail-in ballot on or around May 12, 2020.

17. The records from the Los Angeles County Registrar’s Office show that CAMUA voted in the general election by mail-in ballot on or around November 5, 2024.

18. The records from the Los Angeles County Registrar’s Office show that CAMUA voted in the Statewide Direct Primary election by mail-in ballot on or around June 2, 2026.

19. Additionally, SAs have reviewed DHS records to determine whether CAMUA has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or

seek a fee waiver. DHS records do show CAMUA is seeking naturalization and filed an N-400 application. Records of photo identification were uploaded to the application including a copy of CAMUA's California State Driver's License XXXXX137.



20. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

Electronic

21. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 05/25/2025.

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

**4.** Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable): Srgalahad Suarez Camua

Date of Signature (mm/dd/yyyy): 05/25/2025

22. The Form N-400 Naturalization application also provided the following for CAMUA:

a. Alien Number as A-XXXXXX605
b. Date of birth as 06/XX/1983
c. Place of birth as the Philippines
d. "SSN4" as -5828
e. Phone number as (XXX)-XXX-7615
f. Email as sirgahalad.camua@XXXXX.com

23. Moreover, the DHS records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

//

//

//

## IV. **CONCLUSION**

24. Based on the forgoing, I believe there is probable cause to believe that CAMUA knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

Dan Roberts

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE